**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                           Case No.: 1:22−cr−00423
                                                     Honorable John Robert Blakey

Krishnaswami Sriram

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 21, 2024:

      MINUTE entry before the Honorable John Robert Blakey as to Krishnaswami Sriram: The Court grants the parties' joint motion to continue trial and exclude time [45], strikes the 8/28/24 Notice of Motion date, and strikes all trial−related dates. The 10/14/2024 jury trial is hereby reset for 6/30/2025 at 9:30 a.m.; attorneys and defendant shall appear at 9:00 a.m. in Courtroom 1203 to set up and resolve any issues. Final pretrial conference set for 10/7/2024 is hereby reset for 6/16/2025 at 1:30 p.m. in Courtroom 1203. The parties shall file any motions in limine by 5/27/2025, and responses to motions in limine by 6/3/2025. The parties shall file their Joint Pretrial Memorandum by 6/4/2025. The parties must review and comply with the Court's standing orders and procedures, including the Pretrial Memoranda/Motions in Limine (Criminal) order, which are available on Judge Blakey's information page on the Court's official website: www.ilnd.uscourts.gov. Consistent with these orders, trial−related motions in limine shall be filed within a single pleading not to exceed 30 pages, with each issue separately numbered and argued within the pleading. Responses shall similarly consist of a single pleading, not to exceed 30 pages, with each issue separately addressed and listed with the same numbering as the motions in limine. No replies will be permitted absent leave of the Court. Unless otherwise directed by the Court, the parties shall come prepared to argue all motions in limine at the Final Pretrial Conference. In anticipation of trial, the parties must pre−mark all exhibits they intend to use/seek to admit at trial, exchange them by noon on 6/24/2025, and submit a flash drive with digital copies of the exhibits to Chambers by 9:00 a.m. on 6/30/2025. The Court will address all outstanding issues at the final pretrial conference. The agreed motion to exclude time is granted, and the Court finds that the ends of justice are served by the continuance and outweigh the interests of the public and the Defendant in a speedy trial, based upon the reasonable time necessary for effective preparation by counsel taking into account the exercise of due diligence. In the interests of justice, time is hereby excluded, from 8/21/2024 to and including 6/30/2025, for plea discussions, pretrial motions, and or for effective preparation by counsel, pursuant to 18 USC Sections 3161(h)(1)(D), and 3161(h)(7). Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.