**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

UNITED STATES OF AMERICA
                     Plaintiff,

v.                                      Case No.: 1:22–cr–00423
                                          Honorable John Robert Blakey

Krishnaswami Sriram
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 15, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Oral agreed motion to set case for a change of plea as to Defendant Krishnaswami Sriram (1) is granted. Change of plea hearing set by agreement for 3/13/2025 at 11:00 a.m. in Courtroom 1203. Time previously excluded to 6/30/2025. Bond to stand pending further order of the Court. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.