IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  22 CR 423 |
| | ) | Hon. John Blakey |
| KRISHNASWAMI SRIRAM | ) | |
| | ) | |

## ORDER

It is HEREBY ORDERED that Dr. Sriram shall be allowed to deposit funds into the registry of the Court in advance of his sentencing hearing. Pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall accept from the defendant or his designated representative, any payments to be applied to his criminal restitution financial obligations in this case and maintain such payment on deposit in the Court's registry until the time of sentencing in this case.

Pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment in this case, the Clerk of the Court shall withdraw and apply the deposited funds to the criminal restitution financial obligation imposed against the defendant.

It is hereby ordered that Restitution shall be dispersed to the following:

Tax Fraud Restitution:
- Amount: $1,424,257.20
- Payable to: United States Treasury
- Payment address: IRS-RACS
  Attn: Mail Stop 6261, Restitution
  333 W. Pershing Ave.
  Kansas City, MO 64108

Medicare Fraud Restitution:
- Amount: $146,636.33
  Payable to: CMS, Division of Accounting Operations
  Payment address: CMS, Division of Accounting Operations
  P.O. Box 7520
  Baltimore, MD 21207-0520

In accordance with this order, all restitution payments shall include the following information:

- Defendant's name and social security number
- District Court Docket Number (Case No. 1:22CR00423)
- Tax years for which restitution has been ordered (1997, 1998, 1999, 2001, and 2012)
- Statement that payment is being submitted pursuant to this restitution order.

It is further ordered that any payments made pursuant to this Order shall be credited towards Dr. Sriram's total restitution obligation at the time of sentencing. Dr. Sriram shall provide copies of all payment confirmation to the United States Attorney's Office and the Probation Office. This Order does not alter any other terms of the Plea Agreement or modify the Court's ultimate sentencing authority. The special assessment of $100.00 shall be paid at the time of sentencing.

Dated: August 4, 2025					ENTERED:

							_____
							Judge John Blakey
							United States District Judge