# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                                      Case No.: 1:22−cr−00423

                                           Honorable John Robert Blakey

Krishnaswami Sriram

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the Defendant's unopposed motion for leave to file sentencing memorandum and group exhibits #1 and #2 under seal [62]. The Defendant is permitted to file the unredacted sentencing memorandum and exhibits under seal. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.