# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 1:22−cr−00423

                                              Honorable John Robert Blakey

Krishnaswami Sriram

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2025:

      MINUTE entry before the Honorable John Robert Blakey: It appears that the sealed sentencing memorandum was erroneously filed as a sealed motion, see [68]. The Clerk is directed to terminate docket entry [68] as a pending motion. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.