# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                               Case No.: 1:22–cr–00423
                                    Honorable John Robert Blakey

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The unopposed motion for leave to file unopposed motion to extend prison surrender date for 130 days and exhibits under seal [77] is granted. Defendant Krishnaswami Sriram shall file the unredacted version of the motion and exhibits under seal and file the redacted version on the public docket. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.