IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KRISHNASWAMI SRIRAM,

Defendant.

22 CR 423
Hon. John Blakey

### DEFENDANT KRISHNASWAMI SRIRAM'S UNOPPOSED MOTION TO EXTEND PRISON SURRENDER DATE FOR 130 DAYS

Defendant KRISHNASWAMI SRIRAM, by and through his attorneys, BREEN & PUGH and WEINBERG & MICELI, respectfully moves this Honorable Court to extend his surrender date for 130 days, until March 28, 2026. Dr. Sriram states the following in support.

1.      On August 20, 2025, this Honorable Court sentenced Dr. Sriram to a 34-month custodial sentence to be served in the Bureau of Prisons (BOP) and ordered Dr. Sriram to surrender to the designated BOP institution by November 18, 2025.

2.      Since sentencing, Dr. Sriram was ███████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████ ██ ████████████████████
████████████████████████████████████████████
████████████████████████████ ██ ██ ████████████



3.    In September of 2025, ███████████████████████████
████████. *See,* Ex. C. ███████████████████████████
████████████████████. *See,* Ex. A.

4.    ████████████████████████████████████████,
Defendant respectfully requests an extension of his surrender date from November 18, 2025, for an additional 130 days to continue his medical treatment.

5.    Counsel has spoken to the attorney for the government, Christopher Lin, who has indicated that the government does not object to Dr. Sriram's request, so long as he reports to BOP shortly after ████████████████████. Counsel for government spoke to counsel at BOP who indicates that there are BOP facilities equipped to care for the Defendant ████████████████████████████
████ The government can communicate with BOP to ensure BOP is aware the Defendant's condition prior to his report date, if this Motion is granted.

6.    This request is made not for purposes of delay, but for Dr. Sriram to receive essential medical treatment.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that this Honorable Court grant this Motion and extend his self-surrender date from November 18, 2025, for an additional 130 days until March 28, 2026, or such other date as the Court deems just and proper.

Respectfully submitted,

/s/ Alexandria M. Miceli

Breen & Pugh

Weinberg & Miceli

53 W. Jackson Blvd., Suite 1550

53 W. Jackson Blvd., Suite 1550

Chicago, Illinois 60604

Chicago, Illinois 60604

(312) 360-1001 (t)

(312) 322-0097 (t)

*Counsel for Defendant Krishnaswami Sriram*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the following document:

**DEFENDANT KRISHNASWAMI SRIRAM'S UNOPPOSED
MOTION TO EXTEND PRISON SURRENDER DATE FOR 130 DAYS**

was served on November 12, 2025, in accordance with Federal Rule of Criminal Procedure 49, Federal Rule of Civil Procedure 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:     /s/ Alexandria M. Miceli